THE STERN HOLDING COMPANY, PLAINTIFF-APPELLANT, v. PHILIP O'CONNOR, THOMAS O'CONNOR AND JAMES O'CONNOR, CO-PARTNERS TRADING AS O'CONNOR BROS., DEFENDANTS-RESPONDENTS.

Submitted October term, 1937—Decided January 28, 1938.

Before Justices LLOYD, CASE and DONGES.

For the appellant, *Schumann & Schumann.*

For the respondents, *Nicholas S. Schloeder.*

PER CURIAM.

For the reasons expressed in the case of *Stern Holding Co.* v. *O'Connor,* 119 *N. J. L.* 291, the judgment in this case is reversed.